RD 13/24/19 JT

RECEIVED OCT 24 2019 PRO SE OFFICE

United States District Court
Eastern District of New York

Sebastian Bongiovanni and
Danielle Loguori Bongiovanni    Case No. 19-cv-3260
                Plaintiffs,     (WFK)(JO)

-against-

JP Morgan Chase Bank, N.A.           Stipulation of
Pennymac Corp.; Pennymac Loan Services, LLC   Dismissal
Rosicki, Rosicki + Associates, P.C.
                Defendants

It is hereby stipulated and agreed, that all claims ~~brought~~ by Danielle Loguori Bongiovanni, in the above lawsuit are hereby dismissed and Danielle Loguori Bongiovanni is not ~~longer~~ a party to this lawsuit

Dated: October 24, 2019

x /s/ Danielle Liguori
Danielle Loguori Bongiovanni

Rosicki, Rosicki & Associates, P.C.
x /s/
by: Andrew Morganstern, Esq.
attys for def. Rosicki, Rosicki & Associates, P.C.

Bonchonsky & Zaino, LLP
x /s/
by: Peter R. Bonchonsk, Esq.
attorneys for def. JPMorgan Chase Bank

Blank Rome LLP
x /s/ T.W. Salter
by: Timothy W. Salter, Esq
attys for defs Pennymac Corp & Pennymac Loan Services, LLC

The application is ✓ granted.  ___ denied.
SO ORDERED
s/William F. Kuntz, II
William F. Kuntz, II, U.S.D.J.
Dated: October 24, 2019
Brooklyn, New York